Daniel S. Mount (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Larisa Migachyov (Cal. Bar No. 264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

Counsel for SMARTDATA S.A.

U.S. District Court
Northern District of California

| SMARTDATA S.A.<br><br>Plaintiff<br><br>v.<br><br>Amazon.com, Inc.<br><br>Defendants | Case No.<br><br>**Complaint**<br><br>JURY TRIAL DEMANDED |
|---|---|

Plaintiff SMARTDATA, S.A. ("SmartData"), alleges as follows:

## PARTIES

1. SmartData is a corporation organized under the laws of Switzerland with its principal place of business at CP 931, Rue de la Fusion 99, 1920 Martigny, Switzerland. SmartData does not do business in the Northern District of California.

2. Upon information and belief, Amazon.com, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business at 440 Terry Avenue North, Seattle, WA, 98109. Amazon does business in the Northern District of California.

## JURISDICTION AND VENUE

3. This action for patent infringement arises under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in the Northern District of California under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

5. Upon information and belief, Amazon operates a website at www.amazon.com, which is accessible to the purchasing public in this District. Amazon has offered products that infringe SmartData's intellectual property for sale through its website and/or other websites linked with its website, with a reasonable expectation that those products will be purchased by residents in this District.

## INTRADISTRICT ASSIGNMENT

6. This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

## BACKGROUND

7. SmartData is a technology company specializing in wireless computing. SmartData develops wireless bridging solutions for portable devices and provides working reference designs, prototypes, and related services to major and leading companies wishing to extend their product portfolio with no or very short development efforts.

8. SmartData sought and obtained patent protection pertaining to its innovations in

wireless computing technology. The inventions protected by SmartData's patents resulted from the investment of large monetary sums in research and development.

9. On January 2, 2007, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,158,757, entitled "Modular Computer" ("the '757 Patent"). A true and correct copy of the '757 Patent is attached hereto as Exhibit A.

10. SmartData is the owner by assignment of the '757 Patent and has the exclusive right to license the '757 Patent as well as to sue for and collect fees, costs, and damages, including damages for past infringement of the '757 Patent.

11. The '757 Patent generally relates to wireless computing technology.

12. Upon information and belief, Defendant is a market leader in streaming entertainment products. As part of its line of networking products, Defendant designs, manufactures, and markets several streaming entertainment devices. Specifically, Defendant designs, manufactures, and markets the Amazon Fire TV and the Amazon Fire TV Stick (the "Accused Products").

13. Upon information and belief, Amazon has manufactured, used, caused to be used, offered to sell, and/or sold its products, including but not limited to the Accused Products, in the Northern District of California and elsewhere in the United States.

14. The use of an Amazon streaming entertainment device, including the Accused Products, together with a smartphone, tablet, or other mobile device, and a television or another audio/video display, infringes the '757 Patent. Both Amazon and its customers have used these products together and have practiced the '757 Patent.

15. The Amazon streaming entertainment devices, including the Accused Products, are advertised on the Amazon site as being able to "mirror" the contents shown on a smartphone, tablet, or other mobile device, onto a television. Those features have no substantial non-infringing use.

## COUNT I

### (Infringement of the '757 Patent)

17. SmartData hereby restates and realleges the allegations set forth in paragraphs 1-16 above and incorporates them by reference, as though fully set forth herein.

18. SmartData is informed and believes, and on that basis alleges, that Defendant has

1 infringed and is infringing the '757 Patent, has contributed and is contributing to infringement of the

2 '757 Patent, and/or has actively induced and is actively inducing others to infringe the '757 Patent, by

3 committing acts defined in 35 U.S.C. § 271 as unlawful and infringing, including but not limited to

4 making, using, offering for sale, selling and/or importing products that infringe one or more claims of

5 the '757 Patent.  Defendant's infringing products include, but are not limited to, the Accused

6 Products.  All such acts by Defendant have been without authority or license from SmartData.

7      19.    As a consequence of Defendant's infringing activities, SmartData has been damaged

8 in an amount not yet determined.  Defendant's infringement of SmartData's exclusive rights under

9 the '757 Patent will continue to damage SmartData, causing irreparable harm, for which there is no

10 adequate remedy at law, unless Defendant is enjoined by this Court.

11      WHEREFORE, SmartData prays for the following relief:

12      1.    That the Court find and enter a judgment that Defendant has directly and/or indirectly

13 infringed, induced infringement, and/or contributed to infringement of the '757 Patent;

14      2.    That the Court enter a permanent injunction, pursuant to 35 U.S.C. § 283, enjoining

15 Defendant and its officers, agents, servants, employees, successors, assigns, attorneys, and all others

16 in active concert and/or participation with them from further directly infringing, indirectly infringing,

17 inducing infringement and/or contributing to infringement of the '757 Patent;

18      3.    That the Court find and enter a judgment, pursuant to 35 U.S.C. § 284, first paragraph,

19 awarding SmartData damages, including an accounting of damages, adequate to compensate

20 SmartData for Defendant's past and present infringement of the '757 Patent by payment of an amount

21 not less than a reasonable royalty on Defendant's sales of infringing products, together with pre-

22 judgment and post-judgment interest on the damages awarded, and costs;

23      4.    That the Court find and enter a judgment that this case is exceptional and award to

24 SmartData its reasonable attorney fees, disbursements and costs in accordance with the law,

25 including, but not limited to, 35 U.S.C. § 285; and

26      5.    That the Court award SmartData any other relief that the Court may deem just,

27 equitable, and proper.

28

MOUNT, SPELMAN & FINGERMAN, P.C.  
RIVERPARK TOWER, SUITE 1650  
333 WEST SAN CARLOS STREET  
SAN JOSE, CALIFORNIA 95110-2740  
TELEPHONE (408) 279-7000

## **DEMAND FOR JURY TRIAL**

SmartData hereby demands a jury trial on all issues so triable.

Date: March 19, 2015

        /s/ Daniel S. Mount
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740

Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Counsel for SMARTDATA S.A.