1  Michael J. Bettinger (State Bar No. 122196)
   mbettinger@sidley.com
2  Holly A. Hogan (State Bar No. 238714)
   hhogan@sidley.com
3  Irene Yang (State Bar No. 245464)
   irene.yang@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  Suite 2000
   San Francisco, California  94104
6  Telephone:  (415) 772-1200
   Facsimile:  (415) 772-7400
7
   *Attorneys for Defendant*
8  *Amazon.com Inc.*

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 SMARTDATA S.A.,                    ) Case No. 3:15-cv-01282-SI
                                      )
12         Plaintiff,                 )
                                      ) **STIPULATION TO CONTINUE DATE**
13 vs.                                ) **FOR CASE MANAGEMENT**
                                      ) **CONFERENCE AND [~~PROPOSED~~]**
14 Amazon.com Inc.,                   ) **ORDER**
                                      )
15         Defendant.                 )
                                      )

**BACKGROUND**

Plaintiff SmartData S.A. filed its complaint against Defendant Amazon.com, Inc. on March 19, 2015. The Parties stipulated to an extension of time for Amazon to have through and including June 26, 2015 file its response to SmartData's complaint. The Initial Case Management Conference is currently scheduled to occur on June 19, 2015, at 2:30 p.m. Counsel for Amazon will be in trial in another matter on that date, and respectfully request that the Court continue the Initial Case Management Conference to a later date. In the spirit of cooperation, SmartData agrees and the parties respectfully request that the Initial Case Management Conference be continued to July 17, 2015, or alternatively July 24, 2015, with the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) continued accordingly.

**STIPULATION**

For the foregoing reasons, and pursuant to Local Rules 16-2(e) and 7-12, the parties hereto stipulate, by and through their attorneys, that the initial case management conference be continued to July 17, 2015, or alternatively July 24, 2015, or such later date as is convenient to the Court, with the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) continued accordingly.

IT IS SO STIPULATED.

Dated: May 27, 2015

SIDLEY AUSTIN LLP

By:   /s/ Michael J. Bettinger
      Michael J. Bettinger
      mbettinger@sidley.com

      *Attorneys for Defendant*
      *Amazon.com Inc.*

Dated: May 27, 2015

MOUNT, SPELMAN & FINGERMAN, P.C.

By: /s/ Daniel S. Mount
Daniel S. Mount
Dan@mount.com
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740

Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061

*Attorneys for Plaintiff
SMARTDATA S.A.*

2

STIPULATION TO CONTINUE DATE FOR CMC AND [PROPOSED] ORDER –
CASE NO. 3:15-CV-01282-SI

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: May 27, 2015

SIDLEY AUSTIN LLP

By:  /s/ Michael J. Bettinger
Michael J. Bettinger
mbettinger@sidley.com

*Attorneys for Defendant*
*Amazon.com Inc.*

1 **[PROPOSED] ORDER**

2 GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

3 A case management conference will be held on  7/24/15 , and the other dates set by
4 the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) are continued
5 accordingly.

6 Dated: May 27, 2015

_____
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE

4
STIPULATED MOTION TO EXTEND DATE FOR CMC AND [PROPOSED] ORDER –
CASE NO. 3:15-CV-01282-SI