GRANTED

*Susan Illston*
Judge Susan Illston

1  Michael J. Bettinger (State Bar No. 122196)
   mbettinger@sidley.com
2  Holly A. Hogan (State Bar No. 238714)
   hhogan@sidley.com
3  Irene Yang (State Bar No. 245464)
   irene.yang@sidley.com
4  SIDLEY AUSTIN LLP
   555 California Street
5  Suite 2000
   San Francisco, California 94104
6  Telephone: (415) 772-1200
   Facsimile: (415) 772-7400
7
   *Attorneys for Defendant*
8  *Amazon.com Inc.*

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11 SMARTDATA S.A.,                    )  Case No. 3:15-cv-01282-SI
                                      )
12         Plaintiff,                 )
                                      )  **JOINT STIPULATION TO EXTEND**
13 vs.                                )  **TIME TO RESPOND TO COMPLAINT**
                                      )  **(L.R. 6-1)**
14 Amazon.com Inc.,                   )
                                      )
15         Defendant.                 )
                                      )

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Civil Local Rule 6-1(a), that the time for Defendant Amazon.com, Inc. ("Amazon") to answer, move or otherwise respond to SmartData's complaint shall be extended to and including July 28, 2015.

IT IS SO STIPULATED.

Dated: June 26, 2015

SIDLEY AUSTIN LLP

By:  /s/ Holly Hogan
Holly Hogan
hhogan@sidley.com

*Attorneys for Defendant*
*Amazon.com Inc.*

Dated: June 26, 2015

MOUNT, SPELMAN & FINGERMAN, P.C.

By:  /s/ Jing Hong Cherng
Jing Hong Cherng
gcherng@MOUNT.com

*Attorneys for Plaintiff*
*SMARTDATA S.A.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: June 26, 2015

SIDLEY AUSTIN LLP

By: /s/ Holly Hogan
Holly Hogan
hhogan@sidley.com

*Attorneys for Defendant
Amazon.com Inc.*