Michael J. Bettinger (State Bar No. 122196)
mbettinger@sidley.com
Holly A. Hogan (State Bar No. 238714)
hhogan@sidley.com
Irene Yang (State Bar No. 245464)
irene.yang@sidley.com
SIDLEY AUSTIN LLP
555 California Street
Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendant*
*Amazon.com Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTDATA S.A., <br><br> Plaintiff, <br><br> vs. <br><br> Amazon.com Inc., <br><br> Defendant. | Case No. 3:15-cv-01282-SI <br><br> **STIPULATION TO CONTINUE DATE FOR CASE MANAGEMENT CONFERENCE AND [P~~ROPOSED~~] ORDER** |

**BACKGROUND**

Plaintiff SmartData S.A. filed its complaint against Defendant Amazon.com, Inc. on March 19, 2015.  The Parties stipulated to an extension of time for Amazon to have through and including July 28, 2015 file its response to SmartData's complaint.  The Initial Case Management Conference is currently scheduled to occur on July 22, 2015, at 2:30 p.m.  The Initial Case Management Conference was previously rescheduled to July 24, 2015 pursuant to the parties' stipulation, and subsequently rescheduled to July 22, 2015 by the Court.

The parties believe that a short extension of the Initial Case Management Conference would be beneficial to their discussions regarding a potential resolution of the matter.  The parties respectfully request that the Initial Case Management Conference be continued to August 28, 2015, with the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) continued accordingly.

**STIPULATION**

For the foregoing reasons, and pursuant to Local Rules 16-2(e) and 7-12, the parties hereto stipulate, by and through their attorneys, that the initial case management conference be continued to August 28, 2015, or such later date as is convenient to the Court, with the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) continued accordingly.

IT IS SO STIPULATED.

Dated: July 8, 2015

SIDLEY AUSTIN LLP

By: */s/ Michael J. Bettinger*
    Michael J. Bettinger
    mbettinger@sidley.com

*Attorneys for Defendant*
*Amazon.com Inc.*

1 | Dated: July 8, 2015
2 |                                                                 MOUNT, SPELMAN & FINGERMAN, P.C.
3 |
4 |                                    By:   */s/ Daniel S. Mount*
                                              Daniel S. Mount
5 |                                            Dan@mount.com
                                              Mount, Spelman & Fingerman, P.C.
6 |                                            RiverPark Tower, Suite 1650
                                              333 West San Carlos Street
7 |                                            San Jose CA 95110-2740
8 |                                            Law Offices of Larisa Migachyov
                                              Post Office Box 2061
9 |                                            San Francisco, California 94126-2061
10 |
                                              *Attorneys for Plaintiff*
11 |                                           *SMARTDATA S.A.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: July 8, 2015

SIDLEY AUSTIN LLP

By: */s/ Michael J. Bettinger*
Michael J. Bettinger
mbettinger@sidley.com

*Attorneys for Defendant
Amazon.com Inc.*

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

A case management conference will be held on __8/28/15 @ 2:30 p.m.__, and the other dates set by the Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #4) are continued accordingly.

Dated: July _9_, 2015

*/s/ Susan Illston*
Honorable Susan Illston
U.S. DISTRICT COURT JUDGE

4
STIPULATED MOTION TO EXTEND DATE FOR CMC AND [PROPOSED] ORDER
CASE NO. 3:15-cv-01282-SI