# Exhibit B

(https://plus.google.com/115206047988954806182)

Base (/) Search for organizations, people, events, and products

- Home (/)
- My CrunchBase (/Mycrunchbase)
- Events (/Events)
- Search (/Search)
- Contribute (/Add-New)
- Support (Https://Info.crunchbase.com/Support/)

SIGN UP FOR CRUNCHBASE LOG IN

COMCAST NBCUNIVERSAL
AdChoices (http://adinfo.aol.c

# MVI Finance (/organization/mvi-finance)

Overview (/organization/mvi-finance) | Timeline (/organization/mvi-finance/timeline)
Followers (/organization/mvi-finance/followers) | Contributors (/organization/mvi-finance/contributors)

CB

FOLLOW

TOP CONTRIBUTORS

(/user/crunchbase-staff)

ADD TO THIS PROFILE

CONTRIBUTE

## Overview

UPDATE

Investments
2 Investments (/organization/mvi-finance/investments) in 1 Company
Exits
No Exits Found in CrunchBase

## Investor Details

UPDATE

Founded: Unknown
Type: Venture Capital
Click/Touch UPDATE above to add Details for MVI Finance

## Recent Timeline Activity (/organization/mvi-finance/timeline) (2)

March 29, 2006

Made an investment in
Genizon BioSciences (/organization/genizon-biosciences)

- $12M / Venture Round (/funding-round/8f27af6955a6db950f2e05622a8ca34c)
- 4 Other Investors

ALL TIMELINE ACTIVITY

## Investments (2)

| Date | Invested In | Round | Partner (s) |
|---|---|---|---|
| Mar, 2006 | Genizon BioSciences (/organization/genizon-biosciences) | $12M / Venture (/funding-round/8f27af6955a6db950f2e05622a8ca34c) | — |
| Oct, 2001 | Genizon BioSciences (/organization/genizon-biosciences) | $16.5M / Venture (/funding-round/a4a1411fa0e0b5804e875cb9aec0df88) | — |

ADVERTISE ON CRUNCHBASE (https://info.crunchbase.com/about/advertise-with-crunchbase)

CrunchBase

CrunchBase Unicorn Leaderboards
See current, emerging, and exited unicorns -- all in a detail rich leaderboard.
View on TechCrunch

Follow CrunchBase
(https://twitter.com/crunchbase)(https://www.linkedin.com/company/crunchbase)

Editorial Partners: TechCrunch (http://www.techcrunch.com)

Terms (https://info.crunchbase.com/docs/terms-of-service/)
Advertise (https://info.crunchbase.com/about/advertise-with-crunchbase/)
Sitemap (/sitemap)
More [ + ]

© 2015 CrunchBase Inc.
All rights reserved.

Base (/) (http://techcrunch.com/unicorn-leaderboard/?utm_source=native_ads&utm_medium=site&utm_campaign=cb_tc_unicorn_leaderboard)

Base (/) Search for organizations, people, events, and products

SIGN UP FOR CRUNCHBASE LOG IN

- Home (/)
- My CrunchBase (/Mycrunchbase)
- Events (/Events)
- Search (/Search)
- Contribute (/Add-New)
- Support (Https://Info.crunchbase.com/Support/)

Add Current Team | Add Board Members and Advisors

Add Funds | Add News

Add Competitors | Add Memberships

Add Offices/Locations | Add Images

Add Videos

Follow CrunchBase
(https://twitter.com/crunchbase) (https://www.facebook.com/crunchbase) (https://www.linkedin.com/company/crunchbase)

Editorial Partners: TechCrunch (http://www.techcrunch.com)

Terms (https://info.crunchbase.com/docs/terms-of-service/)
Advertise (https://info.crunchbase.com/about/advertise-with-crunchbase/)
Sitemap (/sitemap)
More [ + ]

© 2015 CrunchBase Inc.
All rights reserved.



