Daniel S. Mount (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount Spelman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Larisa Migachyov (Cal. Bar No. 264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

Counsel for SMARTDATA S.A.

U.S. District Court
Northern District of California

| | |
|---|---|
| SMARTDATA S.A.<br><br>Plaintiff<br><br>v.<br><br>Amazon.com, Inc.<br><br>Defendants | Case No.  3:15-cv-01282-SI<br><br>**Stipulated Request and [Proposed] Order to Extend Briefing Deadlines** |

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  Pursuant to Civil L.R.6-2, and 7-12, Plaintiff SmartData S.A. and Defendant Amazon.com, Inc. request that the Court extend the briefing deadlines for Amazon's pending motion for attorney's fees by one week. Currently SmartData's deadline to oppose the motion is October 16, 2015, and Amazon's deadline to reply is October 23, 2015. The requested extension extends SmartData's opposition deadline to October 23, 2015, and Amazon's reply deadline to October 30, 2015. The requested extension would not affect the hearing, set for November 20, 2015.

The parties thrice agreed to extend Amazon's time to respond to the complaint, Docket Nos. 7, 11, 16, and filed three stipulated requests to continue the initial case management conference. See Docket Nos. 13, 17, and 19.   The current requested extension would not affect the schedule for the case, as the hearing is set for November 20, and briefing would be completed by October 30th under the extended deadlines.

Date: October 15, 2015

        /s/ Jing Hong Cherng
Mount Spelman P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740

Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Counsel for SMARTDATA S.A.

        */s/* Michael J. Bettinger
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104

Counsel for AMAZON.COM, INC.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   SmartData's deadline to file its opposition to Amazon's pending motion is continued to
3   October 23, 2015. Amazon's deadline to file a reply brief is continued to October 30, 2015.

Date: 10/15/15

_____
Hon. Susan Illston
United States District Judge

**Signature Attestation**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attest that concurrence in the filing of this document has been obtained from the other signatory above.

Date: October 15, 2015

        /s/ Jing Hong Cherng
Mount Spelman P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740

Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Counsel for SMARTDATA S.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Daniel S. Mount (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount Spelman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Larisa Migachyov (Cal. Bar No. 264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

Counsel for SMARTDATA S.A.

U.S. District Court
Northern District of California

| | |
|---|---|
| SMARTDATA S.A.<br><br>            Plaintiff<br><br>v.<br><br>Amazon.com, Inc.<br><br>            Defendants | Case No.  3:15-cv-01282-SI<br><br>**Declaration of Jing Cherng in Support of Stipulated Request** |

I, Jing Hong Cherng, declare:

1. I am an attorney at the law firm of Mount, Spelman P.C., counsel of record for SmartData, S.A. I have personal knowledge of the facts in this declaration.

2. SmartData requests an extension of its opposition deadline by one week to allow it to fully address Amazon's pending motion for sanctions.

3. The parties thrice agreed to extend Amazon's time to respond to the complaint, Docket Nos. 7, 11, 16, and filed three stipulated requests to continue the initial case management conference. See Docket Nos. 13, 17, and 19.

4. The current requested extension would not affect the schedule for the case, as the hearing is set for November 20, and briefing would be completed by October 30th under the extended deadlines.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Jose, California on the date set forth below.

Date: October 15, 2015

                                          /s/ Jing Hong Cherng
MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000