Daniel S. Mount (Cal. Bar No. 77517)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: dmount@mount.com; gcherng@mount.com

Larisa Migachyov (Cal. Bar No. 264669)
Law Offices of Larisa Migachyov
Post Office Box 2061
San Francisco, California 94126-2061
Tel.: 650.218.5480
Email: larisa@lvmpatents.com

Counsel for SMARTDATA S.A.

U.S. District Court
Northern District of California

| | |
|---|---|
| SMARTDATA S.A.<br><br>Plaintiff<br><br>v.<br><br>Amazon.com, Inc., Amazon Digital Services, Inc..<br><br>Defendants | Case No. 3:15-cv-01282-SI<br><br>Assigned to: The Hon. Susan Illston<br><br>**DECLARATION OF LARISA MIGACHYOV IN SUPPORT OF SMARTDATA, S.A.'S OPPOSITION TO AMAZON'S MOTION FOR ATTORNEY'S FEES** |

I, LARISA MIGACHYOV, declare as follows:

1. I am counsel for Plaintiff in the above-entitled action. Except as to those facts declared based on information and belief, I have personal knowledge of the facts stated in this declaration.  If called upon to testify in this matter, I could and would do so competently.  As to those facts stated on information and belief, I declare that I am informed and believe that they are true.

2. I first became aware of SmartData, S.A. when they came to me to request my assistance in litigating a suit against Apple, Inc.  Upon information and belief, with

2. their prior counsel, they had conducted an investigation of potential infringing products and determined that an Apple product was infringing their patent (U.S. Pat. No. 7,158,757). They conducted an extensive correspondence with Apple to try to license their patent to them, starting in 2004, assisted by their prior counsel.

3. I came into the case after SmartData's prior counsel had to withdraw from the matter due to a new conflict of interest. By then, negotiations with Apple had broken down, and SmartData decided to bring suit against Apple.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on Oct 20, 2015 in San Francisco, CA.

                                                  _/s/ Larisa Migachyov_____
                                                  LARISA MIGACHYOV
                                                  Attorney for Plaintiff SmartData